THEODORE A. LIEBLER et al., Appellants, *v.* LEE SHUBERT, Respondent.

Reported below, 161 App. Div. 928.
(Submitted November 9, 1914; decided November 17, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for the dissolution of a joint venture and for an accounting.

The motion was made upon the ground that no question of law was involved.

*William Klein* and *Edward E. McCall* for motion.

*David Leventritt* and *Max D. Josephson* opposed.

Motion denied, with ten dollars costs.